**QUILL & ARROW, LLP**
Gregory Sogoyan, Esq. (SBN 316832)
gsogoyan@quillarrowlaw.com
Roy Enav, Esq. (SBN 340224)
renav@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Tel: (310) 933-4271 | Fax: (310) 889-0645

Attorneys for Plaintiff
JOSE A. MORA GUTIERREZ

**GORDON REES SCULLY MANSUKHANI, LLP**
Spencer Peter Hugret (SBN)
shugret@grsm.com
James P. Mayo (SBN)
jmayo@grsm.com
315 Pacific Avenue
Suite 2000
San Francisco, CA 94111
TEL: (415) 986-5900 | FAX: (415) 986-8054

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

GORDON REES SCULLY MANSUKHANI, LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. MORA GUTIERREZ, an individual,<br><br>               Plaintiff(s),<br><br>   vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 10,<br><br>               Defendants. | Case No.: 1:25-cv-00476-JLT-SKO<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO AMEND THE SCHEDULING ORDER**<br><br>(Doc. 20) |

**ORDER**

Having considered the parties' Stipulation to Modify the Scheduling Order, (Doc. 20), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the August 5, 2025 Scheduling Order, (Doc. 15), are **VACATED** and **CONTINUED** according to the revised schedule below

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Non-Expert Discovery | March 20, 2026 | April 20, 2026 |
| Expert Disclosures | April 10, 2026 | May 11, 2026 |
| Rebuttal Expert Disclosures | April 17, 2026 | May 18, 2026 |
| Expert Discovery | April 24, 2026 | May 25, 2026 |

All other dates shall remain as set.

IT IS SO ORDERED.

Dated:    **March 4, 2026**              /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

GORDON REES SCULLY MANSUKHANI, LLP

- 2 -

ORDER